**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Zuru LLC
Plaintiff,
v.
TY, Inc.
Defendant.

Case No.: 1:25−cv−01202
Honorable Georgia N Alexakis

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

MINUTE entry before the Honorable Georgia N Alexakis: Motion hearing held on 2/18/25. For the reasons stated on the record, Respondent Ty Inc.'s motion to transfer petitioner's motion to compel [9] is granted. The Clerk is directed to transfer this case to the Central District of California forthwith. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.